**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **JALEN HILLS** | : | **VIOLATIONS:**<br>**18 U.S.C. § 224 (bribery in sporting contests – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)**<br>**Notice of forfeiture** |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**INTRODUCTION**

At all times relevant to this information:

1. The integrity of sporting contests rests on the fundamental principles of fairness, honesty, and respect for the rules of competition. To ensure fair outcomes, these contests depend upon genuine competition, free from corruption, manipulation, and bribery. In 1964, Congress enacted the Sports Bribery Act, codified at Title 18, United States Code, Section 224, to prohibit bribery in sporting contests, recognizing that corrupt influences undermine these principles and erode public confidence in the legitimacy of sport. This statute helps ensure that the organizing institutions, governing bodies, players, coaches, bettors, and fans can trust that every sporting contest is decided on merit, not by corruption.

2. The National Collegiate Athletic Association ("NCAA") was a non-profit organization that governed college sports and sporting contests in the United States. Collectively, there were more than 350 NCAA Division I universities and colleges that fielded more than

6,000 sports teams and provided opportunities for more than 170,000 players to compete in NCAA sports each year. The NCAA set and enforced rules promoting integrity, sportsmanship, and fair competition. Those rules included specific prohibitions on players, coaches, and other individuals associated with an NCAA sports team from participating in any sports wagering activity, including providing information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur, or professional athletics competition.

3. Under NCAA rules, players could earn money for the use of their name, image, and likeness ("NIL") through activities such as endorsements, sponsorships, and appearances. Division I players were also permitted to enter the "transfer portal" each year and transfer schools without penalty, and players frequently moved between schools in the hopes of obtaining more money through NIL activities or collectives and more opportunities on another team.

4. The Chinese Basketball Association ("CBA") was the governing body for professional basketball in China and the name of the country's top professional basketball league. The CBA comprised more than 300 players in its top men's league and about 20 teams, which represented cities and corporations throughout China.

5. Gambling outlets such as casinos, online wagering businesses, offshore betting houses, and illegal bookmakers, or "bookies," accepted wagers on sporting contests, including basketball games. These gambling outlets, often known as sportsbooks, used a "point spread" for sporting contests such as basketball games, so that bettors could place wagers based on the relative performance of a team rather than simply betting on which team would win. The point spread was the predicted scoring difference between the two opponents in a sporting

contest. The point spread defined which team was the favorite and which team was the "underdog," that is, the predicted losing team. For a bettor to win a wager placed on the favorite team, the favorite team had to win by more than the point spread number. For a bettor to win a wager placed on the "underdog" team, the "underdog" team had to either win the contest, or lose by less than the point spread number. For example, if Team A was the "underdog" team by three points, then a bettor who bet on Team A would have won the wager if Team A either won the game, or if Team A lost the game by one or two points. Sportsbooks provided point spreads for the outcome of the entire game or a portion of the game, such as the first half or second half, allowing bettors to place multiple bets on a single game. In sports betting, to "cover" a point spread meant a team performed in a way that satisfied the conditions of the point spread set by the sportsbooks.

6. Among the options for those wagering on sporting events with sportsbooks, individuals could also bet on games without regard to the point spread, by simply betting on a particular team to win a game. Those bets were called "moneyline" bets. Individuals could also make "parlay" bets, which were bets comprising two or more individual bets. To succeed on a parlay bet the bettor had to win all the bets made in the parlay. Parlay bets paid out at a higher rate than bets on individual games because they were more difficult to win.

7. A basketball game, or portion of a game, could be manipulated, or "fixed," by, among other means, a single player or multiple players on one team agreeing to influence the game's outcome, generally by underperforming on offense or defense, or otherwise trying to limit the number of points scored by their team. This allowed individuals gambling on the score of the game, who were working with the players "fixing" the game, to profit by placing a wager on the game with a higher degree of certainty as to the game's outcome. Such a scheme,

customarily called "point shaving," involved an effort by a player or players to underperform in a game, or by some other means, to ensure that their team scored only a certain number of points during a game or during a portion of a game. The players involved in fixing a game altered their performance, or supported their teammates altering their performances, based on the point spread on that game so that their team would not "cover" the spread and their opponent would "cover" the spread.

8. Defendant JALEN HILLS, a resident of Mississippi, had relationships with college basketball players in the NCAA and was an associate of Marves Fairley, charged elsewhere in an indictment at Criminal Number 26-23 ("the Indictment").

**THE SCHEME**

9. From in or about December 2024 through in or about February 2025, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JALEN HILLS,**

along with others known and unknown to the United States Attorney, including Jalen Smith, a/k/a "J," Marves Fairley, a/k/a "Vez," Shane Hennen, a/k/a "Sugar Shane," Antonio Blakeney, Roderick Winkler, a/k/a "Big Rod," and Alberto Laureano, a/k/a "Ferg," all charged in the Indictment, as well as Antonio Blakeney, charged in this Court at Criminal Number 24-380, and numerous CBA and NCAA basketball players, also charged in the Indictment and elsewhere, carried into effect, attempted to carry into effect, conspired together and with others to carry into effect, and aided and abetted the carrying into effect, the attempt to carry into effect, and the conspiracy to carry into effect, a scheme in commerce to influence by bribery sporting contests, that is, Chinese Basketball Association ("CBA") basketball games and NCAA men's basketball games. Defendant HILLS engaged in this scheme in connection with NCAA men's basketball

games, including games involving Mississippi Valley State University and the University of New Orleans, with knowledge that the purpose of this scheme was to influence those contests by bribery.

**MANNER AND MEANS**

It was part of the scheme that:

10. Beginning in or about September 2022 a group of individuals known to the United States Attorney ("the fixers"), including Marves Fairley, Shane Hennen, and Antonio Blakeney, worked together to recruit and bribe players to help influence or "fix" CBA games through "point shaving" during the 2022-2023 season. The schemers bribed CBA players to fix games and then placed large wagers on those games against the teams whose players they had bribed.

11. After profiting on the fixed CBA games, the fixers, including Marves Fairley, Shane Hennen, and Antonio Blakeney, turned their attention to fixing NCAA men's basketball games. In doing so, Fairley, Hennen, and Blakeney, enlisted additional participants to help them operate this aspect of the scheme and to recruit NCAA players who would accept bribes to influence games. Those additional participants included Jalen Smith, Roderick Winkler, and Alberto Laureano.

12. During the 2023-2024 and 2024-2025 NCAA men's basketball seasons, the fixers, including Jalen Smith, Marves Fairley, Shane Hennen, Antonio Blakeney, Roderick Winkler, and Alberto Laureano, agreed to recruit NCAA players who would accept bribe payments in exchange for helping to influence outcomes of NCAA basketball games. In particular, the fixers agreed to recruit players who would help ensure that their team failed to cover the spread of the first half of a game or an entire game. The fixers would then place wagers

on those games through sportsbooks, betting against the team whose player or players they had bribed to engage in this point-shaving scheme. Because of the proliferation of legalized sports betting, the fixers could use numerous sportsbooks to place their bets on these games and conceal the scheme from authorities.

13. In or about December 2024, defendant JALEN HILLS joined the scheme through his connection to Marves Fairley and helped recruit NCAA players to underperform in games.

14. Jalen Smith, Marves Fairley, Antonio Blakeney, Roderick Winkler, Alberto Laureano, and defendant JALEN HILLS approached and communicated with NCAA basketball players, in person and through social media, text message communications, and cellular telephone calls. In these communications, the fixers offered the players bribe payments, usually ranging from $10,000 to $30,000 per game, to participate in the scheme. The fixers also attempted to recruit multiple players from a team to join the point-shaving scheme and further ensure its success. Many of these players accepted the offers and agreed to help fix specific games so that the fixers would win their wagers. The fixers targeted for their scheme NCAA basketball players for whom the bribe payments would meaningfully supplement or exceed legitimate NIL opportunities. The fixers also generally targeted for their scheme players on teams that were underdogs in games and sought to have them fail to cover the spreads in those games.

15. Jalen Smith, Marves Fairley, Shane Hennen, Antonio Blakeney, Roderick Winkler, Alberto Laureano, and defendant JALEN HILLS, as well as other co-schemers, then placed bets with numerous sportsbooks on NCAA men's basketball games involving the bribed NCAA players. They placed these bets in a manner that was consistent with the way in which

they had arranged to fix the outcome of a game, or a portion of a game, to maximize their chances of winning their wagers. To conceal their scheme from authorities and increase their ability to make bets, the fixers also used “straw” or “proxy” bettors to place bets on the fixed games for them with funds provided by the fixers.

16. At the direction of the fixers, the bribed NCAA players then influenced, attempted to influence, and conspired to influence their games through intentionally poor performances, removing themselves from games, supporting their teammates who were also involved in the scheme, and through other means.

17. At times, while Shane Hennen was in the Eastern District of Pennsylvania, Hennen communicated and strategized about the scheme with the other fixers, and Hennen placed bets on the fixed games with sportsbooks, both online and in casinos. At least one of those fixed games occurred in the Eastern District of Pennsylvania. In addition, individual sports bettors who were unaware of the scheme placed bets on the fixed games, often on the other side of the fixers’ bets, in the Eastern District of Pennsylvania, resulting in losses to the individual bettors.

18. When the fixers were successful with their wagers on fixed games, defendant Jalen Smith and other co-schemers traveled to NCAA school campuses and other locations and made cash bribe payments to the players who had agreed to participate in the point-shaving scheme. On at least one occasion, Jalen Smith traveled to the Eastern District of Pennsylvania through the Philadelphia International Airport to pay one of the bribed players.

19. In total, the fixers, including Jalen Smith, Marves Fairley, Shane Hennen, Antonio Blakeney, Roderick Winkler, Alberto Laureano, and defendant JALEN HILLS, engaged in a point-shaving scheme involving more than 39 players on more than 17 different NCAA

Division I men's basketball teams who then fixed and attempted to fix more than 29 NCAA Division I men's basketball games. To capitalize on this scheme, the fixers made wagers totaling millions of dollars, generating substantial proceeds for the fixers and the players who collectively received hundreds of thousands of dollars in bribe payments for fixing their teams' basketball games. The point-shaving scheme corrupted the integrity of NCAA college sporting contests and the sportsbooks accepting wagers on those contests and caused sportsbooks and individual sports bettors to suffer financial losses.

20. In or about December 2024, defendant JALEN HILLS agreed to help Marves Fairley recruit and bribe NCAA basketball players for the point-shaving scheme. Defendant HILLS then approached Person #20, a player on the Mississippi Valley State Delta Devils Men's Basketball Team ("Mississippi Valley State"), known to the United States Attorney. Defendant HILLS asked Person #20 to join the scheme and underperform in an upcoming game.

21. Defendant JALEN HILLS succeeded in recruiting Person #20 to join the scheme and to underperform in an upcoming game against the University of Tulsa Golden Hurricane Men's Basketball Team ("Tulsa") on or about December 21, 2024. Person #20 agreed to ensure that Mississippi Valley State did not cover the spread of approximately 28 points in this game. Shortly before the Tulsa game, the fixers, including Marves Fairley, defendant JALEN HILLS, and others acting at their direction, placed wagers with various sportsbooks on Tulsa to cover the full-game spread.

22. In the process of fixing Mississippi Valley State games, Marves Fairley, defendant JALEN HILLS, and Person #20, and others involved in the scheme communicated via text about the scheme and their wagers. For example, on or about December 17, 2024, prior to a

game against the University of Northern Texas Mean Green Men's Basketball Team ("UNT"), defendant HILLS texted Person #20 the spread in the game, which was UNT minus 37 points, and expressed concern about whether Person #20 could ensure that Mississippi Valley State could lose by that many points: "yall spread -37 that's a lot of points . . . I think yall can do it tho." Defendant HILLS then moved on to the upcoming Tulsa game for the scheme.

23. On or about December 21, 2024, in the NCAA men's basketball game between Mississippi Valley State and Tulsa at the Reynolds Center in Tulsa, Oklahoma, Person #20 helped ensure that Mississippi Valley State failed to cover the spread as he had agreed. Tulsa won the game 93 to 48, and the fixers won their bets. Shortly after this game against Tulsa, defendant JALEN HILLS delivered a bribe payment to Person #20 for his role in fixing the game.

24. In or about late December 2024, the fixers, including Jalen Smith, Marves Fairley, and defendant JALEN HILLS, recruited for their point-shaving scheme Cedquavious Hunter, a/k/a "Dae Dae," and Dyquavion Short, a/k/a "Jah," both guards on the University of New Orleans Privateers Men's Basketball Team ("New Orleans"). The fixers also attempted to recruit for the scheme other New Orleans players, including Person #18 and Person #19 (as identified in the Indictment), both known to the United States Attorney. In FaceTime communications with the fixers, Hunter and Short agreed to underperform in and influence upcoming New Orleans games in exchange for bribe payments.

25. As part of the point-shaving scheme, at the direction of the fixers, Cedquavious Hunter and Dyquavion Short underperformed in and influenced at least three New Orleans basketball games, ensuring that New Orleans did not cover the spread in those games. Jalen Smith and Marves Fairley, and others working at their direction, placed bets on New

Orleans' opponents in each of the games to cover the full-game spread. After the bets succeeded, the fixers arranged for the delivery of thousands of dollars in bribe payments to Hunter and Short. The three fixed New Orleans games are described below.

26. In the process of fixing the New Orleans games, defendant JALEN HILLS texted with the players involved in the scheme and directed them in connection with the point-shaving scheme. For example, on December 27, 2024, prior to the New Orleans game against the McNeese State University Cowboys Men's Basketball Team ("McNeese State"), defendant HILLS texted the players: "This is the spread but we goin see if we can do first half, it's prolly going to be about 13-14 points, all think yall can be down like 18-20 points for the 💰💰💰." Defendant HILLS and the players further texted about the strategy for underperforming and agreed that the players would underperform not just for the first half, but would underperform for the entire game and thus would fail to cover the full-game spread. Defendant HILLS then further instructed the players, "Hell yea, it's pretty easy just everybody gotta play they role, like Evb [Everybody] need to be playing content, Evb [Everybody] need have 2 turnovers, at least, cross the court passes, defensive breakdowns."

27. On or about December 28, 2024, New Orleans played against the McNeese State in an NCAA men's basketball game at the Townsley Law Arena in Lake Charles, Louisianna. McNeese State was favored by approximately 23 points for the full game at sportsbooks throughout the United States and elsewhere. McNeese State won the game 86 to 61, covering the spread of approximately 23 points, and the fixers won their bets.

28. On or about December 30, 2024, New Orleans played against the Vanderbilt University Commodores Men's Basketball Team ("Vanderbilt") in an NCAA men's basketball game at the Memorial Gymnasium in Nashville, Tennessee. Vanderbilt was favored

by approximately 33 points for the full game at sportsbooks throughout the United States and elsewhere. Vanderbilt won the game 100 to 56, covering the spread of approximately 33 points, and the fixers won their bets.

29. On or about January 11, 2025, New Orleans played against the Southeastern Louisiana University Lions Men's Basketball Team ("Southeastern Louisiana") in an NCAA men's basketball game at the Lakefront Arena in New Orleans, Louisiana. Southeastern Louisiana was favored by approximately 6.5 points for the full game at sportsbooks throughout the United States and elsewhere. Southeastern Louisiana won the game 91 to 71, covering the spread of approximately 6.5 points, and the fixers won their bets.

All in violation of Title 18, United States Code, Sections 224 and 2.

**NOTICE OF FORFEITURE**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 224, set forth in this information, defendant

**JALEN HILLS**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(l)(C).

/FOR

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JALEN HILLS

**INFORMATION**

18 U.S.C. § 224 (bribery in sporting contests – 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notice of Forfeiture

A true bill.

______________________________
Foreman

Filed in open court this ______________________day,
Of ________________A.D. 20________

______________________________
Clerk

Bail, $____________